BRAYTON♦PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARK OGLE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> GENERAL ELECTRIC COMPANY, *et al.*, <br><br> Defendants. <br><br>――――――――――――――― <br><br> **In Re: OSCAR SUNKEN** <br><br>――――――――――――――― | Case No. 3:08-cv-04400-CRB <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

PURSUANT TO STIPULATION, IT IS SO ORDERED. All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated NOV 2 2 2013            By: _____
                                  Charles R. Breyer
                                  United States District Judge

1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY