BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P.O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

11  CLARK OGLE, *et al.*,                  )   Case No. 3:08-cv-04400-CRB
                                           )
12        Plaintiffs,                      )   **ORDER GRANTING PARTIES'**
                                           )   **DISMISSAL WITHOUT PREJUDICE**
13  vs.                                    )   **OF DEFENDANT GENERAL**
                                           )   **ELECTRIC COMPANY**
14  GENERAL ELECTRIC COMPANY,              )
    *et al.*,                              )
15                                         )
          Defendants.                      )
16  _____          )
                                           )
17                                         )
                                           )
18  In Re: JERRY PEAL                      )
                                           )
19                                         )
                                           )
20  _____          )

21        PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant

22  GENERAL ELECTRIC COMPANY are hereby dismissed without prejudice pursuant to Rule 41

23  of the Federal Rules of Civil Procedure.

24

25  Dated: NOV 2 2 2013

26                                         By:_____
                                              Charles R. Breyer
27                                            United States District Judge

28

                                    1
ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT GENERAL
ELECTRIC COMPANY